Exhibit A to the Complaint

**Location:** Bristol, CT  
**Total Works Infringed:** 30

**IP Address:** 174.168.171.239  
**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 71A5E9F497179C8DE215E0FCEC2BAA40FFD519F3 | 11/29/2024 03:32:15 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |
| 2 | ef2349939932f59f0daceebfe9b0a4844286330d | 12/03/2024 08:26:03 | Tushy | 01/26/2020 | 02/20/2020 | PA0002237626 |
| 3 | fa7f572694c97f95408f0cff34f74dffc8ca5dc8 | 10/01/2024 20:49:42 | Blacked | 03/21/2019 | 04/17/2019 | PA0002186999 |
| 4 | 8859d9e9c2f1d2a5835640c1825695f42fc59631 | 09/28/2024 03:04:55 | Slayed | 06/28/2022 | 07/21/2022 | PA0002367493 |
| 5 | 4f5957167044ce22175d033631aca290d58d83b8 | 09/23/2024 23:15:17 | Slayed | 09/27/2022 | 11/27/2022 | PA0002388300 |
| 6 | 67b6cae08fe570b325c642e56a7e256e7fa2c698 | 09/15/2024 16:11:00 | Blacked | 02/11/2023 | 03/07/2023 | PA0002400311 |
| 7 | c43d9308e151e025ca4f544362700c2fadb511fe | 09/13/2024 05:49:52 | Vixen | 03/12/2021 | 03/22/2021 | PA0002282506 |
| 8 | 3d44b094f4ef6f6934d35b4d1b7332879f0c8f71 | 09/13/2024 05:19:10 | Vixen | 05/14/2021 | 06/03/2021 | PA0002299686 |
| 9 | 3d36e057cbbc836d07733b8b3bbbdfd16e537006 | 09/07/2024 23:24:14 | Tushy | 03/05/2023 | 04/07/2023 | PA0002405753 |
| 10 | 32a76fef907bb35bb444ccd83c83fc4e9dac1ed2 | 09/07/2024 22:12:53 | Vixen | 02/18/2020 | 03/18/2020 | PA0002241449 |
| 11 | E6684B688EB24D22565D5CD5A432D5203F0F6169 | 08/31/2024 14:32:00 | Vixen | 08/30/2024 | 09/18/2024 | PA0002490438 |
| 12 | 14ec025eb0cc6698c4a435133a11a4a9b3720d9d | 08/26/2024 14:56:44 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |
| 13 | f430a890e778d085b89445540db6de869e2578b2 | 08/11/2024 01:36:53 | Vixen | 02/28/2019 | 03/31/2019 | PA0002163973 |
| 14 | 7375a901d3be6952f99caa1d89017336b02f3765 | 08/03/2024 18:07:45 | Vixen | 08/02/2024 | 08/15/2024 | PA0002484855 |
| 15 | 06cf5a1e3a5b9a86a22bc2dd94252e5a30f31787 | 07/29/2024 03:17:37 | Blacked | 10/29/2022 | 01/06/2023 | PA0002394016 |
| 16 | 6c077eeff7a7a7694fb32719245810ace589b155 | 07/22/2024 05:01:03 | Blacked | 05/21/2022 | 06/27/2022 | PA0002354986 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 7EEDBB21BB899BB8214503C47CABEFC658F37EB7 | 07/18/2024 13:52:16 | Milfy | 07/17/2024 | 09/05/2024 | PA0002491145 |
| 18 | 94ad8bcd5e3279bd0dacd16433d15bca7ea33155 | 07/14/2024 01:46:37 | TushyRaw | 03/12/2024 | 04/12/2024 | PA0002465213 |
| 19 | 59bb31e5ab8424df1f476269e5d656847944210a | 07/08/2024 23:29:26 | Blacked Raw | 03/25/2024 | 04/11/2024 | PA0002464925 |
| 20 | b6b4ebeaabf9f93926eb9567a6c8b9ce06bd8712 | 06/26/2024 22:47:51 | Vixen | 09/11/2019 | 09/25/2019 | PA0002203160 |
| 21 | 5f0908e50a10f7eba4e5d830a08cd09479d3282a | 06/21/2024 00:49:37 | Blacked | 11/21/2019 | 12/09/2019 | PA0002216266 |
| 22 | 0097423a5a2f81b14a0f995cf3023492f23e9d28 | 06/13/2024 19:35:49 | Vixen | 04/05/2024 | 04/12/2024 | PA0002465444 |
| 23 | 6b335dd3c11f04b5bb30e17a486d2fa3b1f0d0de | 06/11/2024 00:44:35 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 24 | 551832402f31572979fc872df648e5c89f13d600 | 06/11/2024 00:23:44 | Vixen | 02/03/2020 | 03/15/2020 | PA0002240554 |
| 25 | C05EEEBAD16C212B22C8731E87140846BE927578 | 06/09/2024 14:23:02 | Vixen | 04/09/2017 | 06/05/2017 | PA0002052836 |
| 26 | 85E80AD7295BD2C5548C493BB62C0E0A85359006 | 05/27/2024 14:54:09 | Milfy | 03/06/2024 | 06/24/2024 | PA0002477485 |
| 27 | cc1e0962614267a9c5e1a991d55d13ca1525a8be | 04/13/2024 04:20:56 | Slayed | 02/20/2024 | 03/28/2024 | PA0002462498 |
| 28 | E66215C7663C7EB92195BCC39A7634B78DDA4DB0 | 04/09/2024 14:17:20 | Milfy | 04/03/2024 | 06/24/2024 | PA0002477489 |
| 29 | d658f84c28556e69f2ca78df1761d1e2e05b55c6 | 04/03/2024 15:18:30 | Tushy | 03/16/2020 | 04/15/2020 | PA0002244959 |
| 30 | ffa65416779492f08be0b72f8eec99755386fe63 | 03/23/2024 00:27:17 | Blacked | 10/10/2020 | 10/22/2020 | PA0002261812 |